1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MIKAELLA ALFARO,

11          Plaintiff,                    No. 2:12-cv-2285 MCE CKD PS

12       vs.

13   FEDERAL BUREAU OF INVESTIGATION,

14          Defendant.               ORDER AND ORDER TO SHOW CAUSE

15   _____/

16          Plaintiff is proceeding pro se.  Plaintiff has filed an in forma pauperis affidavit in

17   which she states that she receives monthly income in the amount of $8400.00 and has $292,000

18   in her checking account.

19          Pursuant to federal statute, a filing fee of $350.00 is required to commence a civil

20   action in federal district court.  28 U.S.C. § 1914(a).  The court may authorize the

21   commencement of an action "without prepayment of fees and costs or security therefor, by a

22   person who makes affidavit that he is unable to pay such costs or give security therefor."  28

23   U.S.C. § 1915(a).  The amount of plaintiff's earnings and assets shows that plaintiff is able to pay

24   the filing fee and costs.  Thus, plaintiff has made an inadequate showing of indigency.  See

25   Alexander v. Carson Adult High Sch., 9 F.3d 1448 (9th Cir. 1993); California Men's Colony v.

26   Rowland, 939 F.2d 854, 858 (9th Cir. 1991); Stehouwer v. Hennessey, 841 F. Supp. 316, (N.D.

1   Cal. 1994).  Plaintiff will therefore be granted twenty-one days in which to submit the

2   appropriate filing fee to the Clerk of the Court.  Plaintiff is cautioned that failure to pay the fee

3   will result in a recommendation that the application to proceed in forma pauperis be denied and

4   the instant action be dismissed without prejudice.

5            In the complaint, plaintiff complains about the actions of a person who is

6   apparently an employee of the Federal Bureau of Investigation.  The complaint, however, does

7   not allege a basis for subject matter jurisdiction in this court.  The federal courts are courts of

8   limited jurisdiction.  In the absence of a basis for federal jurisdiction, plaintiff's claims cannot

9   proceed in this venue.  Because there is no basis for federal subject matter jurisdiction evident in

10  the complaint, plaintiff will be ordered to show cause why this action should not be dismissed.

11  Failure to allege a proper basis for subject matter jurisdiction will result in a recommendation

12  that the action be dismissed.

13           Accordingly, IT IS HEREBY ORDERED that:

14           1.  Within twenty-one days from the date of this order, plaintiff shall submit the

15  appropriate filing fee; and

16           2.  No later than October 2, 2012, plaintiff shall show cause why this action

17  should not be dismissed for lack of subject matter jurisdiction.

18   Dated: September 11, 2012

19

20                                                      CAROLYN K. DELANEY
                                                        UNITED STATES MAGISTRATE JUDGE
21

22  4
    alfaro.den.nosmj
23

24

25

26

                                                2